**John E. ASHLEY et al.**

v.

**Kenneth A. KEHEW et al.**

**No. 2008–265–Appeal.**

Supreme Court of Rhode Island.

April 28, 2010.

Quentin G. Anthony, Esq. (Plaintiff).

Kenneth R. Tremblay, Esq., Portsmouth (Kenneth & Mary Ellen Kehew).

Kevin P. Gavin, Esq., Portsmouth (Town of Portsmouth).

**ORDER**

This Court is evenly divided with respect to the Superior Court's judgment that Selina Lane is a public street. Thus, the Superior Court's judgment is affirmed by an evenly divided court.